STATE OF FLORIDA,

      Appellant,

v.

RANDAL DEAN RATLEDGE,

      Appellee.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5718

Opinion filed February 13, 2015.

An appeal from the Circuit Court for Duval County.
James H. Daniel, Judge.

Pamela Jo Bondi, Attorney General, Trisha Meggs Pate, Assistant Attorney General, Giselle Denise Lylen, Assistant Attorney General, Tallahassee, and Brittany Rose Mauerberger, Assistant State Attorney, Jacksonville, for Appellant.

Wm. J. Sheppard, Elizabeth L. White, Matthew R. Kachergus, Bryan E. DeMaggio of Sheppard, White, Kachergus & Demaggio, P.A., Jacksonville, for Appellee.

PER CURIAM.

      AFFIRMED.

BENTON, CLARK, and ROWE, JJ., CONCUR.